# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Daewoo Motor America, Inc., et al.
**Plaintiff(s)/Petitioner(s),**

vs.

Daewoo Motor Co., LTD., et al.
**Defendant(s)/Respondent(s)**

**CASE NO:** CV10-00653-LOA

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, T. Steven Har, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Daewoo Motor America, Inc..

CITY AND STATE OF PRINCIPAL RESIDENCE: New York, New York

FIRM NAME: Duane Morris LLP

ADDRESS: 1540 Broadway SUITE:

CITY: New York STATE: NY ZIP: 10036

FIRM/BUSINESS PHONE: (212) 692-1000

FIRM FAX PHONE: (212) 692-1020 E-MAIL ADDRESS: tshar@duanemorris.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| New York State Courts | January 23, 1990 | (Yes) / No* |
| U.S.D.C., S.D.N.Y. and E.D.N.Y | May 28, 1991 | (Yes) / No* |
| U.S. Ct. of Appeals, 2nd Cir. | March 22, 2005 | (Yes) / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| *CASE NUMBER* | *TITLE OF ACTION* | *DATE GRANTED OR DENIED** |
|---|---|---|
| CV-09-1502-DGC | Bernal, et al., v. Daewoo Motor America, et al. | August 27, 2009 |
| | | |
| | | |

*EXPLAIN:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/(N)

Have you ever been disbarred from practice in any Court? Y/(N)

**I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).**

March 30, 2010
Date

Signature of Applicant

**Fee Receipt #**

(Rev. 01/09)