CSDNY (11/99) Certificate of Good Standing

# United States District Court

**Southern District of New York**

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

TAEWOONG STEVEN HAR, Bar # SH2601

was duly admitted to practice in this Court on

MAY 28th, 1991, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on MARCH 30th, 2010

J. Michael McMahon
Clerk

by
Deputy Clerk