# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daewoo Motor America Incorporated, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-10-653-PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| Daewoo Motor Company Limited, | ) | |
| | ) | |
| Defendant(s). | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 28, 2014, judgment is entered in favor of plaintiff and against defendant in the amount of $112,060.00.

BRIAN D. KARTH
District Court Executive/Clerk

May 28, 2014

s/L. Dixon
By: Deputy Clerk

cc: (all counsel)